642 F.2d 160
 INTERNATIONAL PAINT COMPANY, INC., et al., Plaintiffs-Appellees,
v.
M/V MISSION VIKING, In Rem, and A. Martin Industries, a
Louisiana Corp., Defendants.
MANUFACTURERS HANOVER LEASING CORP., Intervenor-Appellant,
Cross-Appellee,
v.
ALEXANDER INDUSTRIES, INC., et al., Intervenors-Appellees,
Food & Services, Inc., Intervenor-Appellee, Cross-Appellant.
 No. 79-1965.
 United States Court of Appeals,
Fifth Circuit.
 
 Unit B
 April 10, 1981.
 Appeal from the United States District Court For the Southern District of Alabama, Daniel Holcombe Thomas, Judge.
 
 
 1
 Abram L. Philips, Jr., Patricia K. Olney, Mobile, Ala., for defendants.
 
 
 2
 Jack Alltmont, New Orleans, La., for Food & Serv.
 
 
 3
 G. Hamp Uzzelle, III, Mobile, Ala., for Alexander, Mobile Sh. & Drew Chem.
 
 
 4
 J. George Whitfield, Jr., Mobile, Ala., for Int'l & Marine Supply.
 
 
 5
 Donald J. Stewart, Mobile, Ala., for Gulf Welding.
 
 
 6
 William S. Shulman, Mobile, Ala., for ITT MacKay Marine.
 
 
 7
 Frank G. Taylor, Mobile, Ala., for Comm. Industrial.
 
 
 8
 G. Sage Lyons, John Patrick Courtney, III, Mobile, Ala., for Ala. State Docks Dept.
 
 
 9
 Robert J. Oberfell, New Orleans, La., for Hydril Co. & Sub Sea Systems.
 
 
 10
 Before GODBOLD, Chief Judge, and TJOFLAT and VANCE, Circuit Judges.
 
 PER CURIAM:
 
 11
 Appellee Foods & Services, Inc. has moved to clarify our judgment, 637 F.2d 382, concerning pre-judgment interest.
 
 
 12
 The matter of pre-judgment interest is REMANDED to the district court.